UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>TADANO LIMITED,<br><br>TADANO FAUN GMBH,<br><br>TADANO AMERICA CORPORATION, and<br><br>TADANO MANTIS CORPORATION,<br><br>Defendants. | Civil Action No. 4:23-CV-3232 |

**JOINT MOTION FOR APPROVAL OF STIPULATION
TERMINATING CONSENT DECREE**

The United States, on behalf of the U.S. Environmental Protection Agency, and Defendants Tadano Limited, Tadano Faun GMBH, Tadano America Corporation, and Tadano Mantis Corporation (collectively "Tadano Group"), pursuant to Section XIX of the Consent Decree, seek approval to terminate the Consent Decree in this matter, and aver as follows:

1.     On October 16, 2023, this Court entered a Consent Decree (ECF No. 12) resolving Plaintiff's claims against Tadano Group regarding alleged violations of Subchapter II of the Clean Air Act, 42 U.S.C. §§ 7522,7523 ad 7524, and the implementing regulations codified thereunder.

2.     Section XIX (Termination), Paragraph 78, of the Consent Decree provides

1

that Tadano Group may serve upon the United States a Request for Termination of the Consent Decree once Tadano Group has (a) completed the requirements of Section VII (Mitigation) of the Consent Decree and (b) paid the civil penalties and any accrued stipulated penalties required by the Consent Decree.

3.      On July 15, 2025, Defendants served a Request for Termination of the Consent Decree on the United States in accordance with Paragraph 78.

4.      The United States agrees that Defendants have satisfied all requirements of the Consent Decree and that the Consent Decree may be terminated.

5.      Paragraph 79 of the Consent Decree provides in part: "If the United States agrees that the Decree may be terminated, the Parties shall submit, for the Court's approval, a joint stipulation terminating the Decree."

6.      For the reasons stated above, the Parties move the Court to approve and sign the attached Joint Stipulation and Order Terminating Consent Decree.

Respectfully submitted,


FOR THE UNITED STATES

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources
Division
United States Department of Justice


Dated: July 29, 2025


*/s/ Kenneth G. Long*
KENNETH G. LONG
Senior Attorney
D.C. Bar No. 414791
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 532-3242
Fax: (202 616-6548
Kenneth.long@usdoj.gov
ATTORNEY-IN CHARGE

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

JIMMY A. RODRIGUEZ
Senior Litigation Counsel
Assistant United States Attorney
Southern District of Texas
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas
Tel: (713) 567-9532
Jrodriguez3@usa.doj.gov
LOCAL CO-COUNSEL

3

FOR DEFENDANTS TADANO LIMITED, TADANO MANTIS CORPORATION, TADANO FAUN GMBH, and TADANO AMERICA CORPORATION

Dated : July 29, 2025

*/s/ Corinne Snow (with permission)*
CORINNE SNOW
Bar No. 24083883
Vinson & Elkins
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
E  csnow@velaw.com
T 202.639.6622

COUNSEL FOR DEFENDANTS

4

<u>CERTIFICATE OF SERVICE</u>

       I certify that on July 29, 2025, this document was filed through the Court's ECF system, which will cause copies to be sent to all counsel of record.


                    <u>*/s/ Kenneth G. Long*</u>
                    Kenneth G. Long
                    Attorney-In-Charge for the United States