**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>TADANO LIMITED,<br><br>TADANO FAUN GMBH,<br><br>TADANO AMERICA CORPORATION, and<br><br>TADANO MANTIS CORPORATION,<br><br>Defendants. | Civil Action No. 4:23-CV-3232 |

**JOINT STIPULATION AND ORDER TERMINATING CONSENT DECREE**

Plaintiff, the United States, on behalf of the U.S. Environmental Protection Agency, and Defendants Tadano Limited, Tadano Faun GMBH, Tadano America Corporation, and Tadano Mantis Corporation (collectively "Tadano Group"), pursuant to Section XIX of the Consent Decree, seek to terminate the Consent Decree in this matter, and aver as follows:

1.     On October 16, 2023, this Court entered a Consent Decree (ECF No. 12) in this matter resolving Plaintiff's claims against Tadano Group regarding alleged violations of Subchapter II of the Clean Air Act, 42 U.S.C. §§ 7522,7523 ad 7524, and the implementing regulations codified thereunder.

2.     Section XIX (Termination), Paragraph 78, of the Consent Decree provides

that Tadano Group may serve upon the United States a Request for Termination of the Consent Decree once Tadano Group has (a) completed the requirements of Section VII (Mitigation) of the Consent Decree and (b) paid the civil penalties and any accrued stipulated penalties required by the Consent Decree.

3.      On July 15, 2025, Tadano Group served a Request for Termination of the Consent Decree on the United States in accordance with Paragraph 78.

4.      The United States agrees that Tadano Group has completed the requirements of Section VII of the Consent Decree.

5.      Tadano Group paid the civil penalty owed to the United States on October 24, 2023, in accordance with Section V (Civil Penalty) of the Consent Decree. No additional stipulated penalties are owed.

6.      The United States agrees that Tadano Group has met the requirements for termination pursuant to Paragraph 78 of the Consent Decree.

7.      Paragraph 79 of the Consent Decree provides in part: "If the United States agrees that the Decree may be terminated, the Parties shall submit, for the Court's approval, a joint stipulation terminating the Decree."

8.      For the reasons stated above, the Parties to the Consent Decree hereby stipulate that the Consent Decree (ECF No. 12) may be terminated and request that the Court approve and sign this proposed Joint Stipulation and Order terminating the Consent Decree.

WHEREFORE, the Parties having stipulated that the terms of the Consent Decree have been satisfied, and for the reasons set forth above, the Consent Decree is hereby terminated.

SO ORDERED THIS _____ DAY OF _____, 2025.

_____
HONORABLE KEITH P. ELLISON
United States District Judge
Southern District of Texas

The Undersigned Parties Stipulate to Termination of the Consent Decree in *United States of America v. Tadano Limited, Tadano Mantis Corporation, Tadano Faun GmbH, and Tadano America Corporation,* Civil Action No.4:23-cv-3232 (S.D. Tx.)

**FOR THE UNITED STATES OF AMERICA**

Dated:  07/29/2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources
Division
United States Department of Justice


*/s/ Kenneth G. Long*
KENNETH G. LONG
Senior Attorney
D.C. Bar No. 414791
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 514-2840
Kenneth.long@usdoj.gov
ATTORNEY-IN CHARGE

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

JIMMY A. RODRIGUEZ
Senior Litigation Counsel
Assistant United States Attorney
Southern District of Texas
Texas Bar No. 24037378
Federal ID No. 572175
1000 Louisiana, Suite 2300
Houston, Texas
Tel: (713) 567-9532
Jrodriguez3@usa.doj.gov
LOCAL CO-COUNSEL

4

The Undersigned Parties Stipulate to Termination of the Consent Decree in *United States of America v. Tadano Limited, Tadano Mantis Corporation, Tadano Faun GmbH, and Tadano America Corporation,* Civil Action No.4:23-cv-3232 (S.D. Tx.).

FOR DEFENDANTS TADANO LIMITED, TADANO MANTIS CORPORATION, TADANO FAUN GMBH, and TADANO AMERICA CORPORATION

Dated : 07/29/2025

*/s/ Corinne Snow (with permission*)
CORINNE SNOW
Bar No. 24083883
Vinson & Elkins
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
E  csnow@velaw.com
T  202.639.6622

COUNSEL FOR DEFENDANTS